> Calvin Johnson
> Reg. #95602038
> F.C.I. Fairton
> P. O. Box 420
> Fairton NJ 08320

Judge Patty B. Saris
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Re:   "ALL DRUGS MINUS TWO" AMENDMENT

Good Morning Your Honor,

   I trust this communication to find you and your staff well. As for myself, just find. I am writing in regard to the "All Drugs Minus Two" Amendment set to go into effect, On November 1, 2014. I am a layman at these procedures, but I would like Your Honor to know that I was before your Court for sentencing on August 4th. 2014. My situation involved a violation of the "Control Substance Act", without any acts of violation committed. 'I am writing you concerning my own eligibility for the two point reduction initiative.'

   Your Honor, I did not know who to write to for help. If I am eligible would Your Honor be so kind as to inform me of this. I would like you thank you, in advance for your time and attention in this matter

> Respectfully,
>
> s/ Calvin Johnson
> Calvin Johnson