IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
v. ) Case Number: 1: 13 CR 1028-PBS-01
)
CALVIN JOHNSON, )
    Defendant. )

MOTION TO MODIFY SENTENCE
PURSUANT TO 18 U.S.C....SECTION 3582(c)(2)
ALL DRUGS MINUS 2 AMENDMENT (AMENDMENT 3)

COMES NOW the Defendant, Calvin Johnson, in the above captioned case, pro se and respectfully requests that this most Honorable Court reduce his sentence pursuant to 18 U.S.C. §3582 (c)(2).

## STATEMENT OF JURISDICTION

This Honorable Court has the jurisdiction to consider a modification of sentence since the United States Congress made the All Drugs Minus-2 (Amendment 3) retroactively applicable.

## STATEMENT OF THE CASE

A Federal Grand Jury in the District of Massachusetts for the United States District Court returned an Indictment stating that Defendant violated 21 U.S.C. §841(a)(1) Possession with Intent to Distribute & Distribution of Heroin. Defendant plead guilty and on August 04, 2014 was sentenced to 57 months into the custody of the Federal Bureau of Prisons; plus 3 years Supervised Release.

-1-

## CONCLUSION

**WHEREFORE**, based on the foregoing, it is respectfully requested that this Honorable Court grant this Motion to reduce under 18 U.S.C. § 3582(c)(2); absed on Amendment 3 (All Drugs Minus-2).

Respectfully submitted,

Calvin Johnson

November 1, 2014.

CALVIN JOHNSON
Reg. No. 95602-038
Federal Correctional Instituiton Fairton
Post Office Box 420
Fairton, NJ 08320-0420

-3-