# Certificate of Recognition

This certifies that

## Calvin Johnson
(#95602-038)

has successfully completed Freedom From Drugs at FCI Fairton.

December 10, 2014

_____  
Drug Treatment Specialist

_____  
DAP Coordinator

# Certificate of Achievement

This certifies that

*Calvin Johnson*

has satisfactorily completed

**Money Smart Program**

Consisting of ___20___ Hours of Training

This certificate is hereby issued this ___16th___ day of ___December___, 20 ___14___



K. Castrati,
Adult Continuing Education Coordinator

K. Neely,
Supervisor of Education



# Certificate of Achievement

This certifies that

*Calvin Johnson*

has satisfactorily completed

**Career Exploration**

Consisting of ___4___ Hours of Training

This certificate is hereby issued this ___23rd___ day of ___October___, 20___14___

K. Castrati,
Adult Continuing Education Coordinator